

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-20-00011-CR

SHENITA LASHON DAVIS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 7th District Court
Smith County, Texas
Trial Court No. 007-0240-19

Before Morriss, C.J., Burgess and Stevens, JJ.

# O R D E R

Appellant Shenita Lashon Davis appeals from the revocation of her community supervision and her sentence of seven years' imprisonment for the crime of assault on a public servant. On March 10, 2020, Davis's court-appointed appellate counsel, Amy R. Blalock, filed an *Anders*[1] brief, and on April 20, 2020, Davis filed a pro se motion for access to the appellate record for purposes of preparing a response to her counsel's *Anders* brief. Davis's motion for access to the appellate record is granted. Under *Kelly v. State*,[2] we are required to enter an order specifying the procedure to be followed to ensure Davis's access to the record.

On April 21, 2020, Blalock mailed a complete paper copy of the appellate record to Davis. Allowing ten days from the date of this order for the record to be delivered to Davis and giving her thirty days to prepare her pro se response, we hereby set June 15, 2020, as the deadline for Davis to file her pro se response to her counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE:        April 30, 2020

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).

[2]*Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).